UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M & C CORPORATION,

        Plaintiff,        CIVIL ACTION NO. 91-74110-FL
vs.

                      DISTRICT JUDGE PAUL V. GADOLA

ERWIN BEHR GmbH &        MAGISTRATE JUDGE MONA K. MAJZOUB
COMPANY KG, et. al.,

        Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO SUPPLEMENTAL BRIEF, DOCKET #517

On September 09, 2005 Plaintiff filed a Motion for Assessment of Litigation Expenses and Statutory Damages. Defendants filed a timely Response to Plaintiff's Motion. A hearing was held in open court on November 01, 2005, following which this matter was taken under advisement. On November 17, 2005, Plaintiff filed a Motion For Leave to file a Reply to Supplemental Brief, docket #517. The matter has been referred to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A).

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Leave To File A Supplemental Brief is **GRANTED**. Plaintiff must file its supplemental brief on or before February 03, 2006.


Dated: January 25, 2006        s/ Mona K. Majzoub
                                    MONA K. MAJZOUB
                                    UNITED STATES MAGISTRATE JUDGE


### Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: January 25, 2006        s/ Lisa C. Bartlett
                                    Courtroom Deputy