UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M AND C CORPORATION,
a Michigan Corporation,

       Plaintiff,                CIVIL ACTION NO. 91-CV-74110-DT

  vs.

                                   DISTRICT JUDGE PAUL V. GADOLA

ERWIN BEHR GmbH and        MAGISTRATE JUDGE MONA K. MAJZOUB
Co., KG, et al.,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF M&C'S MOTION FOR ORAL ARGUMENT OF PLAINTIFF'S CONSOLIDATED MOTIONS

Plaintiff filed a Consolidated Motion on December 29, 2006 (docket no. 609) and now moves for oral argument on those motions. (Docket no. 620). Plaintiff filed this motion on January 24, 2007. Intervenor BIC has filed a Response to this motion. (Docket no. 623). By separate Report and Recommendation, the Court has now addressed those motions. The Court denies Plaintiff's motion for oral argument on those motions pursuant to E.D. Mich. L.R. 7.1(e).

**IT IS THEREFORE ORDERED** that Plaintiff M&C's Motion for Oral Argument of Plaintiff's Consolidated Motions (docket no. 620) is **DENIED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: February 09, 2007              s/ Mona K. Majzoub
                                           MONA K. MAJZOUB
                                           UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

    I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: February 09, 2007          s/ Lisa C. Bartlett
                                          Courtroom Deputy